Monroe Roosevelt **PARKER, Jr., Plaintiff—Appellant,**

and

**Tonia R. Parker, Plaintiff,**

v.

**R. SNIPES, Police Sergeant; J.R. Blalock, Sheriff; Lloyd Goins, Jailer/Major; Bobby Easter, Owner/Manager; Deputy Reynolds, Investigator/Detective, Defendants—Appellees.**

No. 07–6252.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 6, 2007.

Monroe Roosevelt Parker, Jr., Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monroe Roosevelt Parker, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice to filing a new complaint. This court may exercise jurisdiction only over final orders, 28

U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Parker seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*